**IT IS ORDERED as set forth below:**



**Date: October 18, 2023**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-53017-WLH |
| GLORIA BELLO BASSEY, | : | CHAPTER 7 |
| Debtor. | : | |
| | : | |
| MICHAEL J. BARGAR, Chapter 7 Trustee, | : | |
| Objector/Movant, | : | |
| vs. | : | CONTESTED MATTER |
| GLORIA BELLO BASSEY, | : | |
| Respondent. | : | |

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS**

On August 16, 2023, Michael J. Bargar, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**" or "**Bankruptcy Estate**") of Gloria Bello Bassey ("**Debtor**"),

filed his *Objection to Claimed Exemptions* [Doc. No. 52] (the "**Objection**") seeking, among other things, an order from the Court disallowing Debtor's claimed exemption in that certain real property with a common address of 1820 Parkades Path, SW, Marietta, Georgia 30008 (the "**Property**").under O.C.G.A. § 44-13-100(a)(1) in the amount of $16,000.00 (the "**Property Exemption**").

Also on October 13, 2023, Trustee filed a notice rescheduling hearing [Doc. No. 64] (the "**Notice**") setting a hearing on the Objection for October 17, 2023 (the "**Hearing**").

Counsel for Trustee certifies that he served the Objection on all requisite entities [Doc. No. 52] and that he served the Notice on all requisite entities. [Doc. No. 64].

No creditor or party in interest (including the Debtor) filed a response to the Objection.

Counsel for Trustee appeared at the calendar call for the Hearing.

Having considered the Objection along with the entire record in this matter; and, for good cause shown, it is hereby

**ORDERED** that the Objection is **SUSTAINED**: the Property Exemption is disallowed.

**[END OF DOCUMENT]**

**Order prepared and consented to by:**

ROUNTREE LEITMAN KLEIN & GEER LLC
Attorneys for Trustee

By:   /s/ *Michael J. Bargar*
      Michael J. Bargar
      Georgia Bar No. 645709
      mbargar@rlkglaw.com
Century Plaza I
2987 Clairmont Road, Suite 530
Atlanta, GA  30329
(404) 410-1220

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Ian M Falcone
The Falcone Law Firm PC
363 Lawrence Street
Marietta GA 30060-2056

Gloria Bello Bassey
1820 Parkades Path
Marietta, GA 30008

Julian T Cotton
Padgett Law Group
Ste 1060
3490 Piedmont Road NE
Atlanta GA 30305-4813