**IT IS ORDERED as set forth below:**



**Date: October 18, 2023**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-53017-WLH |
| | : | |
| GLORIA BELLO BASSEY, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER AUTHORIZING SETTLEMENT UNDER RULE 9019 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE**

On September 19, 2023, Michael J. Bargar, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Gloria Bello Bassey ("**Debtor**"), filed a *Motion for Order Authorizing Settlement under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 59] (the "**Motion**") and related papers with the Court, seeking an order, among other things, approving a settlement agreement (the "**Settlement Agreement**") between Trustee and Al Tadamon National Company for General Trading & Contracting Co. ("**Al Tadamon**") related to

the Trustee's Avoidance Issues[1]. The exact terms of the Settlement Agreement are set forth on Exhibit "A" to the Motion.

On September 22, 2023, Trustee filed a *Notice of Motion for Order Authorizing Settlement under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object; and for Hearing* [Doc. No. 60] (the "**Notice**") regarding the Motion, in accordance with the Third Amended and Restated General Order No. 24-2018, and setting a hearing on the Motion for October 17, 2023 (the "**Hearing**"). Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on September 22, 2023. [Doc. No. 61].

No objection to the relief requested in the Motion was filed prior to the objection deadline provided in the Notice and pursuant to the Third Amended and Restated General Order No. 24-2018.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: the Settlement Agreement is approved and its terms are incorporated into this Order. It is further

**ORDERED** that Trustee may take any other actions necessary to satisfy the terms of the Settlement Agreement. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii) enter

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**[END OF DOCUMENT]**

**Order prepared and presented by**:

ROUNTREE LEITMAN KLEIN & GEER LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
　　Michael J. Bargar
　　Georgia Bar No. 645709
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
Telephone: (404) 410-1220
Email: mbargar@rlkglaw.com

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

G Frank Nason IV
Lamberth Cifelli Ellis Nason PA
Suite 435
6000 Lake Forrest Drive NW
Atlanta GA 30328-3896

Alan Hinderleider
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive SW
Atlanta GA 30303-3315

Ian M Falcone
The Falcone Law Firm PC
363 Lawrence Street
Marietta GA 30060-2056

Janica Drayton
Padgett Law Group
Suite 1475
3490 Piedmont Road
Atlanta GA 30305-1743

Julian T Cotton
Padgett Law Group
Ste 1060
3490 Piedmont Road NE
Atlanta GA 30305-4813

Gloria Bello Bassey
1820 Parkades Path
Marietta, GA 30008

Michael J. Bargar
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329