**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Page: 1

| | |
|---|---|
| **Case No.:** 23-53017-wlh | **Trustee Name:** (300620) Michael J. Bargar |
| **Case Name:** Gloria Bello Bassey | **Date Filed (f) or Converted (c):** 04/17/2023 (c) |
| | **§ 341(a) Meeting Date:** 05/18/2023 |
| **For Period Ending:** 03/31/2024 | **Claims Bar Date:** 09/12/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1820 Parkades Path SW, Marietta, GA 30008, Cobb County<br><br>Trustee has resolved issues related to a second position security deed granted by debtor as approved by order of the Court. [Doc. No. 66] | 397,100.00 | 119,590.00 | | 0.00 | 385,900.00 |
| 2 | 2021 Land Rover Range Rover Evoque, 40,491 miles | 37,780.00 | 0.00 | OA | 0.00 | FA |
| 3 | I normal furniture, refrigerator, kitchenware | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | 12tv's, iPad, laptop computer, 3- Iphones | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | normal | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Necklace, watch and chain | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | Unknown | 0.00 | | 0.00 | FA |
| 8 | Checking: Bank of America x1340- | 190.76 | 0.00 | | 0.00 | FA |
| 9 | Savings: Bank of America x4688 | 530.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Truist x3569 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Credit Union: Delta Community Credit Union x6542 checking savings | 354.49 | 0.00 | | 0.00 | FA |
| 12 | Globel International LLC; Wholesale and Retail Cosmetic Sales (MaryKay) ASSETS: $1519 (checking account & inventory-skincare and makeup) DEBTS: $ 27306.95 (credit cards), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 13 | IRA: Traditional IRA -Delta Community Credit Union | 2,311.29 | 0.00 | | 0.00 | FA |
| 14 | IRA: Roth IRA-Delta Community Credit Union | 12,304.64 | 0.00 | | 0.00 | FA |
| 15 | Child support $600/month uncollectible: Child Support | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 2022 tax refund: Federal (u) | 4,552.00 | 0.00 | | 0.00 | FA |
| 17 | |Al Tadamon National Company -claim related to judgment (u) | Unknown | Unknown | | 0.00 | FA |
| 18 | possible equitable distribution from divorce (u) | Unknown | Unknown | | 0.00 | FA |
| **18** | **Assets        Totals        (Excluding unknown values)** | **$461,423.18** | **$119,590.00** | | **$0.00** | **$385,900.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page:  2

| | |
|---|---|
| **Case No.:**  23-53017-wlh | **Trustee Name:**  (300620) Michael J. Bargar |
| **Case Name:**  Gloria Bello Bassey | **Date Filed (f) or Converted (c):**  04/17/2023 (c) |
| | **§ 341(a) Meeting Date:**  05/18/2023 |
| **For Period Ending:**  03/31/2024 | **Claims Bar Date:**  09/12/2023 |

**Major Activities Affecting Case Closing:**

03/31/24 - Trustee settled an avoidance action with Al Tadamon regarding its prepetition security interest in the residence of the Debtor.  He has also listed for sale that certain real property located at 1820 Parkades Path SW, Marietta, Cobb County, GA 30008.  He also previously settled by order of the Court claims related to a prepetition security interest transferred by Debtor in the same property.  Trustee filed a sale motion and will close the sale. Trustee's next step is to file final tax returns and then a TFR.

**Initial Projected Date Of Final Report (TFR):**  12/31/2025          **Current Projected Date Of Final Report (TFR):**  12/31/2025